990

No. 12–6334. HIGDON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6335. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6336. WILLIAMS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 12–6337. DEIDA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6339. MONDRAGON-PINEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6341. MINOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6343. WHIPPLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6344. DORSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6346. COLTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–6352. ZALESKI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6354. LEMASTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6357. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6358. STRONG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6360. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6366. HOFFERT v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.